# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER HOOD, | |
| Plaintiff, | CIVIL ACTION NO. 3:17-cv-00275 |
| v. | (SAPORITO, M.J.) |
| TERRENCE SELLERS and CASSIDYS TRANSFER, | |
| Defendants. | |

## ORDER

AND NOW, this 16th day of July, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the Defendants' Motion in Limine to Preclude the Testimony of Plaintiff's Expert, Ken Lacey (Doc. 72) is **DENIED**.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge